Same case below, 221 Ariz. 163, 211 P.3d 684.

**No. 09-8754. David Earl Kates, Petitioner v. United States.**

559 U.S. 1094, 130 S. Ct. 2372, 176 L. Ed. 2d 771, 2010 U.S. LEXIS 3544.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 902.

**No. 09-8887. Paul Will, Petitioner v. Burl Cain, Warden.**

559 U.S. 1094, 130 S. Ct. 2372, 176 L. Ed. 2d 771, 2010 U.S. LEXIS 3631.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 35.

**No. 09-8900. Celeste Simone Carrington, Petitioner v. California.**

559 U.S. 1094, 130 S. Ct. 2373, 176 L. Ed. 2d 771, 2010 U.S. LEXIS 3514.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 47 Cal. 4th 145, 97 Cal. Rptr. 3d 117, 211 P.3d 617.

**No. 09-8909. Christopher L. Temple, Petitioner v. Wendy Warmer, Warden.**

559 U.S. 1094, 130 S. Ct. 2373, 176 L. Ed. 2d 771, 2010 U.S. LEXIS 3607.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9136. David I. Shirley, Petitioner v. Indiana.**

559 U.S. 1094, 130 S. Ct. 2373, 176 L. Ed. 2d 771, 2010 U.S. LEXIS 3547.

April 26, 2010. Petition for writ of certiorari to the Court of Appeals of Indiana, First District, denied.

Same case below, 917 N.E.2d 188.

**No. 09-9145. Theodore Shove, Petitioner v. Robert K. Wong, Warden.**

559 U.S. 1094, 130 S. Ct. 2373, 176 L. Ed. 2d 771, 2010 U.S. LEXIS 3505,

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9149. Keith Reid, Petitioner v. Flint Civil Service Commission.**

559 U.S. 1094, 130 S. Ct. 2374, 176 L. Ed. 2d 771, 2010 U.S. LEXIS 3516,

April 26, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 09-9152. Young Bok Song, Petitioner v. Steve Dozier.**

559 U.S. 1094, 130 S. Ct. 2374, 176 L. Ed. 2d 771, 2010 U.S. LEXIS 3553.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.